[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-15214
Non-Argument Calendar
_____

D.C.  Docket No. 2:13-cv-00663-MEF-TFM


JAMES HALL,
N.C. CLINT MOSER, JR.,

Plaintiffs-Appellants,

versus

SECRETARY OF STATE, STATE
OF ALABAMA,

Defendant-Appellee.
_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(December 12, 2013)

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm the District Court's denial of appellants' motion for a preliminary injunction[1] on the grounds that the injury to the public from the issuance of an injunction would far outweigh any injury appellants might suffer.

AFFIRMED.

---

[1] The District Court also denied appellants' motion for a temporary restraining order. That motion sought the same relief as the motion for a preliminary injunction; the two motions therefore merged.